**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF MICHIGAN**

**SOUTHERN DIVISION**

| | |
|---|---|
| ROBERT HUBOF, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Defendant,<br><br>GENERAL MOTORS LLC. | Case No. 2:26-cv-13622-RJW-DRG<br><br>Honorable Robert J. White<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

The Parties in the above-entitled caption hereby stipulate, through the undersigned counsel, that Defendant General Motors LLC's ("GM") deadline to respond to the initial complaint shall be extended by 30 days from October 20, 2026 to November 19, 2026.

The Parties agree that additional time is necessary to meet and confer regarding the claims on Plaintiff's Complaint. No prior stipulations have been filed in this action.

IT IS HEREBY STIPULATED by all the parties through their counsel of record, subject to Court approval, that GM's deadline to file a responsive pleading is extended from October 20, 2026, to November 19, 2026.

IT IS SO STIPULATED.

Dated: October 19, 2026

Respectfully submitted,

By: _/s/*Dennis A. Lienhardt*_____

Dennis A. Lienhardt
E. Powell Miller
Dana Fraser
The Miller Law Firm, P.C.
950 W University Dr., Ste 300
Rochester, MI 48307
248-600-5455
Email: epm@millerlawpc.com
Email: def@millerlawpc.com
Email: dal@millerlawpc.com

Bonner C Walsh
Walsh PLLC
1561 Long Haul Rd
Grangeville, ID 83530
Tel: 903-574-1807
Fax: 866-503-8206
Email: bonner@walshpllc.com

Joseph B. Kenney
Sauder | Schelkopf
1109 Lancaster Avenue
Berwyn, PA 19312
Tel: 610-200-0583
jbk@sstriallawyers.com

Attorneys for Plaintiff
ROBERT HUBOF

Dated: October 19, 2026

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Austin R. Henderson*__________

Austin R. Henderson

Attorneys for Defendant
GENERAL MOTORS LLC