UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT HUBOF, individually and on behalf of others similarly situated,

Plaintiff,

vs.

GENERAL MOTORS LLC,

Defendant.

Case No. 26-cv-13622

Honorable Robert J. White

SCOTT ROBINSON, ED PISIAKOWSKI, NICK SKROBOT, and TYLER CALDWELL, individually and on behalf of others similarly situated,

Plaintiffs,

vs.

GENERAL MOTORS LLC,

Defendant.

Case No. 26-cv-13862

Honorable Robert J. White

**STIPULATED ORDER CONSOLIDATING CASES AND SETTING BRIEFING SCHEDULE**

Plaintiff Robert Hubof, Plaintiffs Scott Robinson, Ed Pisiakowski, Nick Skrobot, and Tyler Caldwell (together, "Plaintiffs"), and Defendant General Motors, LLC ("GM" or "Defendant") have met and conferred, stipulate, and propose the consolidation of the two above-captioned cases pursuant to Fed. R. Civ. P. 42(a)(2) and E.D. Mich. LR 2.1. The Parties state as follows:

1. On September 24, 2026, Plaintiff Hubof filed the action captioned *Hubof v. General Motors LLC*, No. 26-cv-13622 (E.D. Mich.). Plaintiff Hubof alleges the existence of defective engine oil cooling systems in 2024-2027 Chevrolet Silverado 2500HD/3500HD and GMC Sierra 2500HD/3500HD trucks equipped with 6.6L Duramax diesel engines and sold by Defendant General Motors LLC. Plaintiff brings an assortment of warranty, fraud, consumer protection, and unjust enrichment claims. Plaintiff has served GM and GM's response to the complaint is currently due November 19, 2026. *See* ECF No. 9.

1. On October 9, 2026, the *Robinson* Plaintiffs filed the action captioned *Robinson, et al. v. General Motors LLC*, No. 26-cv-13862 (E.D. Mich.). The *Robinson* Plaintiffs allege the existence of the same defective engine oil cooling systems in the same vehicles. The *Robinson* Plaintiffs also bring a similar assortment of warranty, fraud, and consumer protection claims. GM has executed a Waiver of Service and GM's response to the complaint is currently due on December 18, 2026.

*See* Robinson Action Docket, No. 26-cv-13862, ECF No. 9. On October 23, 2026, the case was reassigned from Judge Goldsmith to this Court. *Id.*, ECF No. 10.

2. The two cases satisfy the criteria enumerated in Fed. R. Civ. P. 42(a)(2) and E.D. Mich. LR 42.1. Plaintiffs assert that the complaints in each case raise common questions of law and fact, arise from the same alleged misconduct, allege unlawful conduct by the same Defendant, and allege the same economic harm. Courts routinely consolidate such overlapping cases that are filed in the same court.

3. The Parties also agree to the below schedule for the filing of a consolidated complaint and GM's response to that complaint:

a. Plaintiffs shall file a consolidated complaint on or before **December 16, 2026**;[1]

b. GM shall file its answer or any motions responding to the consolidated complaint on or before **February 5, 2027**;

c. Plaintiffs shall file their responses to any filed motions, or file an amended complaint, on or before **March 17, 2027**;

d. If Plaintiffs respond to any filed motions,[2] GM shall file its replies in support of those motions on or before **April 7, 2027**.

[1] The consolidated complaint may include additional plaintiffs, claims, and allegations not already included in the *Hubof* or *Robinson* cases.

[2] If Plaintiffs file an amended complaint pursuant to Fed. R. Civ. P. 15, the Parties will meet and confer and propose a briefing schedule as to that complaint.

WHEREFORE, the Court hereby ORDERS the two above-captioned cases consolidated. The case will proceed on the *Hubof* docket. The *Robinson* docket will be administratively closed. The timing for Plaintiffs' consolidated complaint and subsequent briefing will be governed by the dates listed herein.

SO ORDERED.

Dated: November 17, 2026

s/Robert J. White
Robert J. White
United States District Judge

**STIPULATED TO:**

Dated: November 13, 2026

Respectfully submitted,

By: /s/ *Austin R. Henderson (w/consent)*
Austin R. Henderson
**SHOOK, HARDY & BACON L.L.P.**
5 Park Plaza, Suite 1600
Irvine, CA 92614
Tel: (949) 475-1500
arhenderson@shb.com

*Counsel for Defendant General Motors LLC*

*/s/ Dennis A. Lienhardt*
E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
**THE MILLER LAW FIRM, PC**
950 West University, Suite 300
Rochester, Michigan 48306
Tel: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com

Matthew D. Schelkopf
Joseph B. Kenney
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, PA 19312
Tel: (610) 200-0580
mds@sstriallawyers.com
jbk@sstriallawyers.com

Bonner C. Walsh
**WALSH PLLC**
1561 Long Haul Road
Grangeville, ID 83530
Tel: (541) 359-2827
bonner@walshpllc.com

*Counsel for Plaintiff Hubof and the Proposed Classes*

E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
**THE MILLER LAW FIRM, PC**
950 West University, Suite 300
Rochester, Michigan 48306
Tel: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com

Michael A. Acciavatti
**MILBERG, PLLC**
405 East 50th Street
New York, New York 10022
Tel: (212) 594-5300
macciavatti@milberg.com

William J. Edelman
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Tel: (866) 252-0878
wedelman@milberg.com

Andrew W. Ferich
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, Pennsylvania 19087
Tel: (310) 474-9111

aferich@ahdootwolfson.com

Sarper Unal
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, California 91505
Tel: (310) 474-9111
sunal@ahdootwolfson.com

*Counsel for Robinson Plaintiffs and the Proposed Classes*